# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> **SAMUEL JAY MILES** <br><br> Defendant. | CR NO: 1:22-CR-00056 JLT-SKO |

**FILED**
Dec 21, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: Samuel Jay Miles
Detained at: Wasco State Prison

Detainee is:
a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: _____
or
b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or
b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California, Fresno U.S. District Courthouse.*

| | |
|---|---|
| Signature: | /s/ Antonio J. Pataca |
| Printed Name & Phone No: | ANTONIO J. PATACA |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Dec 21, 2022**

/s/ Stanley A. Boone
Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | CDRC # BN1678 | DOB: | 11/10/1976 |
| Facility Address: | 701 Scofield Avenue, Wasco, CA | Race: | Black |
| Facility Phone: | (661) 758-8400 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)