

FILED
Jan 11, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMUEL JAY MILES,<br><br>　　　　　Defendant. | CASE NO. 1:22-CR-00056-JLT-SKO<br><br>**UNSEALING ORDER** |

Good cause due to the defendant's pending Arraignment on the Indictment in the Eastern District of California, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

DATED: January 11, 2023

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE